IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:19-CR-00254-1 NONE - SKO |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| EDUARDO LEON, | ) | |
| Defendant. | ) | |

The defendant has sworn to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia Torres is appointed to represent the above defendant in this case effective *nunc pro tunc* to January 29, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 3, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE