ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email:lextorres@lawtorres.com

Attorney for:
EDUARDO LEON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO LEON,<br><br>Defendants. | Case No. 1:19-CR-00254 NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDUARDO LEON, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the status conference hearing currently set for Monday, May 4, 2020, to be continued to June 29, 2020.

In light of the restrictions of the General Orders 610-617 regarding the coronavirus (COVID-19), counsel is requesting this matter be continued to the requested date in order to permit defense time to review the discovery and consider the proposed plea provided by the government. I have spoken to AUSA, Thomas Newman, and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

///

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: 4/29/20　　　　　　　　　　　*/s/ Alekxia Torres Stallings*
　　　　　　　　　　　　　　　　　　ALEKXIA TORRES STALLINGS
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　EDUARDO LEON


DATED: 4/29/20　　　　　　　　　　　*/s/Thomas Newman*
　　　　　　　　　　　　　　　　　　THOMAS NEWMAN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


## ORDER

IT IS SO ORDERED that the status conference hearing be continued to June 29, 2020.

IT IS FURTHER ORDERED THAT the period of time from April 29, 2020, through June 20, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:　**May 1, 2020**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2