ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
EDUARDO LEON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  19-cr-00254 NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| EDUARDO LEON, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDUARDO LEON, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, December 4, 2020, be continued to January 15, 2021.

I was on medical leave and unable to review the Presentencing Investigation Report with Mr. Leon. Additionally, because of my medical leave, I need additional time to prepare a statement in mitigation on his behalf. I have spoken to AUSA Thomas Newman and he has no objection to continuing the matter.

///

///

///

1

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: November 30, 2020                */s/ Alekxia Torres Stallings*
                                                ALEKXIA TORRES STALLINGS
                                                Attorney for Defendant
                                                EDUARDO LEON

DATED: November 30, 2020                */s/Thomas Newman*
                                                THOMAS NEWMAN
                                                Assistant U.S. Attorney

## **ORDER**

      IT IS SO ORDER that the sentencing currently set for Friday, December 4, 2020 be continued to Friday, January 15, 2021.

IT IS SO ORDERED.

Dated:   **November 30, 2020**                           /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE