ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
EDUARDO LEON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-00254 NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| EDUARDO LEON, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDUARDO LEON, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, January 15, 2021, be continued to January 29, 2021.

An issue arose that defense counsel needs more time to brief and gather supporting documents. I have spoken to AUSA Jessica Massey and he has no objection to continuing the matter.

///

///

///

**IT IS SO STIPULATED.**

Respectfully Submitted,

1

DATED: January 12, 2021         */s/ Alekxia Torres Stallings*
                                ALEKXIA TORRES STALLINGS
                                Attorney for Defendant
                                EDUARDO LEON

DATED: January 12, 2021         */s/Jessica Massey*
                                JESSICA MASSEY
                                Assistant U.S. Attorney

## ORDER

IT IS SO ORDER that the sentencing currently set for Friday, January 15, 2021 be continued to Friday, January 29, 2021.

IT IS SO ORDERED.

Dated:   **January 12, 2021**         ___Dale A. Drozd___
                                      UNITED STATES DISTRICT JUDGE

2